# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALITY BEVERAGE & PAPER DISTRIBUTORS,<br><br>          Plaintiff,<br><br>   v.<br><br>SOLO CUP CO.; SWEETHEART CUP CO., Inc.,<br><br>          Defendants | CV F 03-5088 AWI SMS<br><br>**ORDER GRANTING PRO HAC VICE APPLICATION** |

    The court has read and considered the application of Michael Sennett for admission to practice Pro Hac Vice under the provisions of Local Rule 83-180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Michael Sennett's application for admission to practice Pro Hac Vice is GRANTED.

IT IS SO ORDERED.

Dated:   September 13, 2005            /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE