Jeffrey B. Aaronson (Pro Hac Vice)
Paula W. Render (Pro Hac Vice)
BELL, BOYD & LLOYD LLC
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

Attorneys for Defendants
SOLO CUP COMPANY and
SWEETHEART CUP COMPANY, INC.

FILED
JUN 19 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALITY BEVERAGE & PAPER DISTRIBUTORS, a corporation, dba, QUALITY BEVERAGE & PAPER DISTRIBUTORS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>SOLO CUP COMPANY;<br>SWEETHEART CUP COMPANY, INC.<br><br>Defendants. | CASE NO. CIV. F-03-5088 AWI SMS<br><br>STIPULATION TO MAINTAIN JURISDICTION, VACATE SCHEDULING ORDER AND STAY ALL PROCEEDINGS THROUGH DECEMBER 1, 2006; AND [PROPOSED] ORDER |

Consistent with the Settlement Agreement of the Parties and pursuant to the Court's Order of May 30, 2006 concerning completion of the Parties' agreed-upon settlement, it is hereby stipulated and agreed by and between counsel for Plaintiff Quality Beverage & Paper Distributors, a corporation, d/b/a Quality Beverage & Paper Distributors, Inc., on the one hand, and counsel for Defendants Solo Cup Company and Sweetheart Cup Company, Inc., on the other hand, that:

1. The Court will maintain jurisdiction over this case pending full performance of the Settlement Agreement;

2. The Scheduling Order dated March 22, 2006 will be vacated; and

3. All proceedings in this case will be stayed through December 1, 2006.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 1, 2006 | WINEBERG, SIMMONDS & NARITA LLP |
| 3 | | |
| 4 | | By: _____ |
| 5 | | One of the Attorneys for Plaintiff<br>QUALITY BEVERAGE & PAPER<br>DISTRIBUTORS |
| 6 | | |
| 7 | Dated: June 1, 2006 | BELL, BOYD & LLOYD LLC |
| 8 | | |
| 9 | | By: _____<br>One of the Attorneys for Defendants<br>SOLO CUP COMPANY and |
| 10 | | SWEETHEART CUP COMPANY, INC. |

**ORDER**

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED:

Dated:_____, 2006

**E N T E R E D :**

_____
United States District Court Judge

Dated: June 1, 2006          WINEBERG, SIMMONDS & NARITA LLP

By:_____
One of the Attorneys for Plaintiff
QUALITY BEVERAGE & PAPER
DISTRIBUTORS

Dated: June 1, 2006          BELL, BOYD & LLOYD LLC

By: *Jeffrey B Aaronson*
One of the Attorneys for Defendants
SOLO CUP COMPANY and
SWEETHEART CUP COMPANY, INC.

## **ORDER**

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED:

Dated: June 19, 2006

ENTERED:

_____
United States District Court Judge

533360/C/1                              - 2 -
STIPULATION TO MAINTAIN JURISDICTION, VACATE SCHEDULING ORDER AND STAY ALL
PROCEEDINGS THROUGH DECEMBER 1, 2006 [PROPOSED] ORDER