1  Jeffrey B. Aaronson (Pro Hac Vice)
   Paula W. Render (Pro Hac Vice)
2  BELL, BOYD & LLOYD LLC
   70 West Madison Street, Suite 3100
3  Chicago, Illinois 60602
   Telephone: (312) 372-1121
4  Facsimile: (312) 827-8000
5
   Attorneys for Defendants
6  SOLO CUP COMPANY and
   SWEETHEART CUP COMPANY, INC.
7



FILED
DEC 6 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QUALITY BEVERAGE & PAPER DISTRIBUTORS**, a corporation, dba, **QUALITY BEVERAGE & PAPER DISTRIBUTORS, INC.**<br><br>Plaintiff,<br><br>vs.<br><br>**SOLO CUP COMPANY;**<br>**SWEETHEART CUP COMPANY, INC.**<br><br>**Defendants.** | CASE NO. CIV. F-03-5088 AWI SMS<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii); AND [~~PROPOSED~~] ORDER |

It is hereby stipulated and agreed by and between counsel for plaintiff Quality Beverage & Paper Distributors, a corporation, d/b/a Quality Beverage & Paper Distributors, Inc. ("Quality Beverage"), on the one hand, and defendants Solo Cup Company and Sweetheart Cup Company, Inc. ("Solo/Sweetheart Defendants"), on the other hand, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Quality Beverage hereby dismisses with prejudice its Second Amended Complaint against the Solo/Sweetheart Defendants and each of them. Each party shall bear its own costs and attorneys' fees.

Dated: May 30, 2006    WINEBERG, SIMMONDS & NARITA LLP

By: _____
One of the Attorneys for Plaintiff
QUALITY BEVERAGE & PAPER
DISTRIBUTORS

Dated: December 5, 2006    BELL, BOYD & LLOYD LLC

By: _____
One of the Attorneys for Defendants
SOLO CUP COMPANY and
SWEETHEART CUP COMPANY, INC.

## ORDER

Based on the foregoing stipulation of the parties,

IT IS SO ORDERED:

Dated: Dec. 6, 2006

ENTERED:

_____
United States District Court Judge

(QUALITY BEVERAGE & PAPER DISTRIBUTORS v. SOLO CUP CO., et al. (Case No. F-03-5088 AWI SMS) 532980/C/1 5/30/2006 9:09 AM
STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii); and
[PROPOSED ORDER]– Page 2